UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY HODGES,

    Plaintiff,                                    Case No. 12-11181
                                               Honorable Denise Page Hood
v.

CITY OF DETROIT and WAYNE COUNTY
TREASURER,

    Defendants.
    _____/

## JUDGMENT

This action having come before the Court and the Court having issued an order dismissing the case this date,

Accordingly,

Judgment is entered in favor of Defendants and against Plaintiff.

                                                                       DAVID J. WEAVER
                                                                       CLERK OF COURT

Approved:                                               By: s/LaShawn Saulsberry
                                                                        Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED:
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 31, 2012, by electronic and/or ordinary mail.

                                                  S/LaShawn R. Saulsberry
                                                  Case Manager